### DALRYMPLE, by *prochien ami*, vs. LAMB.

*A prochien ami must be a responsible person.*

MOTION that a responsible *prochien ami* be appointed, or that proceedings stay. This suit was commenced by the plaintiff, by his father as his *prochien ami* who was represented to the court as very poor and wholly irresponsible for the costs of the suit.

*P. Gridley*, for defendant.

*J. A. Spencer*, for plaintiff.

*By the Court,* SAVAGE, Ch. J. The *prochein ami* must be a responsible person. The proceedings must therefore stay until such appointment be made. (Strange, 718. 1 T. R. 491.)